UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                        )
KHAN AIR, LLC,                          )   No. C05-0420L
                                        )
                    Plaintiffs,         )
        v.                              )
                                        )   ORDER GRANTING LEAVE TO
UNITED STATES AIRCRAFT INSURANCE        )   FILE THIRD-PARTY COMPLAINT
GROUP, *et al.*,                        )
                                        )
                    Defendants.         )
_____)

This matter comes before the Court on "AirSure Limited's Motion for Leave to File Third-Party Complaint Against Western Aircraft, Inc." Dkt. # 28. The motion is unopposed. Having considered AirSure's motion and the remainder of the record, leave to file a third-party complaint is hereby GRANTED. AirSure shall sign, file, and serve the third-party complaint as set forth in the Federal Rules of Civil Procedure.

Dated this 29th day of July, 2005.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER GRANTING LEAVE TO FILE
THIRD-PARTY COMPLAINT