UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KHAN AIR, LLC,

          Plaintiffs,

v.

UNITED STATES AIRCRAFT INSURANCE GROUP, *et al.*,

          Defendants.

No. C05-0420L

ORDER GRANTING LEAVE TO AMEND ANSWER

This matter comes before the Court on the insurer defendants' "Motion for Leave to File First Amended Answer" alleging a third-party claim against defendant Western Aircraft, Inc., and a counter-claim against Khan Air, LLC.  Dkt. # 26.  The motion is unopposed.  Having considered defendants' motion and the remainder of the record, leave to file an amended answer is hereby GRANTED.  Because plaintiff has filed an amended complaint in the above-captioned matter, defendants shall incorporate their proposed amendments into their responsive pleading as directed in the "Order Granting Leave to Amend," of even date.

Dated this 29th day of July, 2005.

         /s/ Robert S. Lasnik
         Robert S. Lasnik
         United States District Judge

ORDER GRANTING LEAVE TO FILE
AMEND ANSWER