UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KHAN AIR, LLC, <br><br>　　　　　　Plaintiffs, <br>　　v. <br><br>UNITED STATES AIRCRAFT INSURANCE GROUP, *et al.*, <br><br>　　　　　　Defendants. | No. C05-0420L <br><br> ORDER AWARDING FEES |

　　　　On October 25, 2005, the Court granted in part plaintiff's motion to compel production from defendants USAU and USAIG and directed plaintiff to file an affidavit setting forth the reasonable expenses incurred in making its motion, including attorney's fees but excluding time spent attempting to resolve this dispute prior to filing the motion.  Having reviewed the declaration filed by Mr. Moran on October 31, 2005, the Court finds that the hourly rate and the number of hours billed in making plaintiff's motion to compel are reasonable.  Defendants USAU and USAIG shall, within ten days of the date of this Order, pay to plaintiff the amount of $6,425 pursuant to Fed. R. Civ. P. 37(a)(4)(A).

　　　　Dated this 17th day of November, 2005.

　　　　　　　　　　　　　　　　/s/ Robert S. Lasnik
　　　　　　　　　　　　　　　　Robert S. Lasnik
　　　　　　　　　　　　　　　　United States District Judge

ORDER AWARDING FEES